**Order filed January 29, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00216-CV
_____

### JOE ALFRED IZEN JUNIOR, Appellant

### V.

### BRIAN LAINE AND KIMBERLY LAINE, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-28211**

## ORDER

The reporter's record in this case was filed December 10, 2018. On January 4, 2019, appellant filed a motion to supplement the reporter's record. Appellant indicates he requested the following transcripts which have not been filed with the court:

- November 16, 2015 motion to compel production hearing;
- September 26, 2015 motion to quash hearing;
- May 13, 2017 motion for attorney's fees hearing;

- March 13, 2017 hearing on entry of judgment;
- June 12, 2017 motion for new trial hearing;
- June 26, 2017 motion for sanctions hearing; and
- February 26, 2018 motion for new trial hearing.

Gina Jackson, the official court reporter for the 55th District Court of Harris County, is directed to file a supplemental reporter's record containing all requested transcripts **on or before February 19, 2019.**

If any of the requested transcripts were not recorded, Gina Jackson is directed to file a certified statement detailing which requested transcripts are not part of the record **on or before February 19, 2019.**

If appellant has not made arrangements to pay for the reporter's record or is declared indigent, Gina Jackson is directed to file a certified statement detailing which requested transcripts have not been paid for **on or before February 19, 2019.** *See* Tex. R. App. P. 35.3(b)(3); Tex. R. Civ. P. 145.

Appellant's brief is due 20 days after the complete reporter's record has been filed or a certified statement filed that the requested transcripts are not part of the record.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.